UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **MAGISTRATE JUDGE COX** |
| v. | **11CR 659** |
| JEFFREY P. SULASKI | Violation: Title 18, United States Code, Section 2113(a) |

JUDGE GETTLEMAN

**FILED**

SEP 2 2 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL FEBRUARY 2011-2 GRAND JURY charges:

On or about March 12, 2011, at Chicago, in the Northern District of Illinois, Eastern Division,

JEFFREY P. SULASKI,

defendant herein, did attempt to obtain by extortion, approximately $65,000 in United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, 2501 North Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about March 29, 2011, at Chicago, in the Northern District of Illinois, Eastern Division,

JEFFREY P. SULASKI,

defendant herein, did, by intimidation, take from the person and presence of a bank employee, approximately $1,974 in United States currency belonging to and in the care, custody, control, management, and possession of TCF Bank, 4250 North Lincoln Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about April 9, 2011, at Chicago, in the Northern District of Illinois, Eastern Division,

JEFFREY P. SULASKI,

defendant herein, did, by intimidation, take from the person and presence of a bank employee, approximately $3,500 in United States currency belonging to and in the care, custody, control, management, and possession of TCF Bank, 3570 North Elston Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about April 26, 2011, at Chicago, in the Northern District of Illinois, Eastern Division,

JEFFREY P. SULASKI,

defendant herein, did, by intimidation, take from the person and presence of a bank employee, approximately $298 in United States currency belonging to and in the care, custody, control, management, and possession of TCF Bank, 1341 North Paulina Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FIVE

The SPECIAL FEBRUARY 2011-2 GRAND JURY further charges:

On or about May 2, 2011, at Chicago, in the Northern District of Illinois, Eastern Division,

JEFFREY P. SULASKI,

defendant herein, did, by intimidation, take from the person and presence of a bank employee, approximately $887 in United States currency belonging to and in the care, custody, control, management, and possession of TCF Bank, 1341 North Paulina Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY